DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ORAL K. DRUMMOND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1268

————————————————

November 8, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Oral K. Drummond, pro se.

PER CURIAM.

   Affirmed.

SLEET, C.J., and NORTHCUTT and LaROSE, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.